UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARD E. BRAKEMAN,<br><br>                Plaintiff,<br><br>        v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>                Defendant. | Case No. CV 13-3775-JPR<br><br>**JUDGMENT** |

For the reasons set forth in the accompanying Memorandum Opinion and Order, it is hereby ADJUDGED AND DECREED THAT (1) Plaintiff's request for an order remanding the case for further proceedings is DENIED; (2) the Commissioner's request for an order affirming the Commissioner's final decision and dismissing the action is GRANTED; and (3) judgment is entered in the Commissioner's favor.

DATED: July 25, 2014

_____
JEAN ROSENBLUTH
U.S. Magistrate Judge